# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No.: 18-00213-001 |
| ERNESTINE ARLECIA BRAZILE, | * | |
| Defendant. | * | |

## POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS

Comes now the Defendant, ERNESTINE ARLECIA BRAZILE, by and through his attorney, Paul D. Brown, and pursuant to Criminal Local Rule 32(B)(4) with respect to the Pre-Sentence Investigation Report (PSR) in this cause, states as follows:

## INTRODUCTION

1. This matter is set for sentencing on **May 24, 2019**.

## BASE OFFENSE LEVEL

2. The undersigned has reviewed the Pre-Sentence Investigation Report with the Defendant, and the Defendant has no objection to the total offense level of 29 with a criminal history category of III with an adjusted guideline imprisonment range of 120 to 135 months.

## SUBSTANTIAL ASSISTANCE

3. The Defendant remains ready and willing to provide substantial assistance to the Government, and hopefully a motion will be made by the Assistant United Attorney pursuant to U.S.S.G. § 5K1.1.

## STATUTORY GOALS OF SENTENCING

4. Section 3553(a) of Title 18 directs courts to consider a number of factors in order to impose sentences that comply with the statutory goals of sentencing. They include the nature of the offense, the defendant's characteristics and history, the need to deter future criminal conduct by the defendant or others, the possibility of providing education or other forms of rehabilitative treatment, and "the kinds of sentences available." 18 U.S.C. § § 3553(a)(1)-(7). These factors incorporate the goals of consistency, rehabilitation, retribution and deterrence, and the principle that the punishment be "not greater than necessary." See, 18. U.S.C. § 3553(a).

5. "While drug addiction cannot afford a basis for a downward departure, it can be factored into the §3553 calculus," United States v. Cani, 545 F. Supp. 2d 1235 1241 (Mid. Dist. Fla. 2008), citing United States v. Garcia, 497 F. 3d 964, 971-72 (9th Cir. 2007). It is respectfully requested that the Court consider the nature and circumstances of the present offense, the history and characteristics of the Defendant and the Defendant's need for drug treatment.

## DRUG TREATMENT AND VOCATIONAL TRAINING

6. Ms. Brazile respectfully requests drug treatment while incarcerated and also requests that this Honorable Court make a recommendation that she receive vocational and educational training while in prison.

## CONCLUSION

7.      It is respectfully submitted that "the Sentencing Guidelines were not intended to relegate the Your Honor to the role of scrivener whose only function is to tally pluses and minuses prescribed in Guidelines and produce a bottom-line sentence." United States v. Weaver, 920 F.2d 1570 (11th Cir. 1991).

8.      The Defendant and her family respectfully request the understanding and mercy of this Honorable Court.


## CERTIFICATE REQUIRED BY STANDING ORDER

9.      The hearing in this matter and the presentation of §3553(a) factors will require a brief hearing of no more than twenty (20) minutes.


Respectfully Submitted,


/s/ Paul Brown
Paul D. Brown (BROWP7566)
pdb@law-linc.com
P.O. Box 40456
Mobile, AL  36640-0456
251-438-4691

# CERTIFICATE OF SERVICE

This is to certify that on the 10th day of May 2019 I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following listed persons. I further certify that I have mailed by United States Postal service the document to the following listed non-CM/ECF participants:

George F. May, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36652

Kelli M. Cleveland
U.S. Probation Officer
201 St. Michael Street - Suite 200
Mobile, Alabama 36602

Ernestine Arlecia Brazile
(copy mailed)

/s/ Paul D. Brown
Paul D. Brown (BROWP7566)